CATHERINE McCANN, as Administratrix of SIMON McCANN, Deceased, Respondent, *v.* NEW YORK AND QUEENS COUNTY RAILWAY COMPANY, Appellant.

*McCann* v. *N. Y. & Queens Co. Ry. Co.* 78 App. Div. 305, appeal dismissed. (Argued October 6, 1902; decided October 7, 1902.)

MOTION to dismiss an appeal from a judgment entered upon an order of the Appellate Division of the Supreme Court in the first judicial department, made at the June term 1902, which reversed a judgment of the trial court setting aside a verdict and granting a new trial, and directed judgment upon the verdict.

The motion was made upon the ground that the Court of Appeals had no jurisdiction to entertain the appeal.

*Michael P. O'Connor* for motion.

*William E. Stewart* opposed.

Motion granted and appeal dismissed, with costs.